**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| JOSEPH VAN DAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 1:23-cv-00025-GZS |
| | ) |
| MAINE STATE PRISON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER ADOPTING RECOMMENDED DECISION &**
**GRANTING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

On January 18, 2023, the United States Magistrate Judge filed with the Court his Recommended Decision (ECF No. 3). No objections have been filed. The Court has made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision and concurs with the recommendations of the Magistrate Judge for the reasons set forth in that order.

It is therefore **ORDERED** that:

1. The Application (ECF No. 2) is **GRANTED**.

2. This Recommended Decision is hereby **ADOPTED**.

3. The Complaint is hereby **DISMISSED** without prejudice.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 14th day of February, 2023.